IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ZAKIYYAH AL-BADEE, | ) | |
| | ) | CIVIL ACTION FILE NO.: |
| Plaintiff, | ) | |
| | ) | 1:21-cv-02525-SCJ |
| vs. | ) | |
| | ) | |
| GOLDEN CORRAL CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER OF REMAND**

Upon review of the information contained in the Joint Stipulation completed and filed by the parties, the court finds that the subject-matter threshold for Federal Jurisdiction is not met.

THEREFORE IT IS ORDERED that this matter shall be REMANDED to State Court of DeKalb County, State of Georgia, Civil Action File No.: 21A02603 for all further proceedings

IT IS SO ORDERED, this  19th day of  November  , 2021.

        s/Steve C. Jones
The Honorable Steve C. Jones
United States District Court Judge